DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GIGI STETLER,**
Appellant,

v.

**SUNTRUST BANK,**
Appellee.

No. 4D18-1076

[April 11, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Pearlman, Judge; L.T. Case No. CACE16015531 (04).

Alexander E. Borell, Vanessa Jaleh Bravo and Ana-Maria Carnesoltas of the Law Office of Alexander E. Borell, P.A., Miami Lakes, for appellant.

Robert J. Lindeman of Marcadis Singer P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***